## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Diana Skarphol, Brian Hove, Kevin Hove, Jason Hove, Celeste Knudsen, Maynard Iverson, Marlene Friedt, Ione Schmidt, Elaine Iverson, Leon Iverson, Alan Iverson, Myron Iverson, David Iverson, Phyllis Iverson, Shana Iverson-Fried, Joann Enger, Susan Belden, Duane Simpson, Wanda Black, Yvonne Iverson, Ashley Iverson, Melody Iverson,<br><br>Plaintiffs,<br><br>vs.<br><br>Amerada Hess Corporation, Hess Corporation, Hess Bakken Investments II, LLC, and Hess Tioga Gas Plant, LLC,<br><br>Defendants. | **ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 1:21-cv-228 |

On January 12, 2022, the Parties filed a Stipulation to Stay Deadline to Respond to Complaint. The Court **ADOPTS** the stipulation (Doc. No. 5). Plaintiffs shall have until January 28, 2022, to file a Motion to Remand. Defendants' deadline to respond to the Complaint is stayed pending the Court's ruling on Plaintiff's Motion to Remand. Defendants' response to the Complaint shall be due 14 days after Defendants receive service of the Court's ruling on Plaintiffs' Motion to Remand.

**IT IS SO ORDERED.**

Dated this 13th day of January, 2022.

             */s/ Clare R. Hochhalter*
             Clare R. Hochhalter, Magistrate Judge
             United States District Court